MATILDA FRANCZAK, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 24408.) — Judgment affirmed, with costs. Memorandum: We think the award was not excessive and that it is supported by the weight of the evidence and applicable principles of law. (See *Potter* v. *New York, O. & W. R. Co.*, 261 N. Y. 489, 493; *Charles* v. *Barrett*, 233 id. 127, 129; *Bensonhurst National Bank* v. *City of New York*, 252 App. Div. 689, 691; affd., 277 N. Y. 722; *Smith* v. *State of New York*, 243 App. Div. 682; affd., 268 N. Y. 551; *Schumer* v. *Caplin*, 241 id. 346, 351; *McCabe* v. *Mackay*, 233 App. Div. 101; *Brown* v. *Wittner*, 43 id. 135, 137; *Lee* v. *Ingraham*, 106 id. 167, 169, 170; *Kenney* v. *Rhinelander*, 28 id. 246, 249; *Silverman* v. *Ulrika Realty Corp.*, 239 id. 194, 195, 196; *Lichtman* v. *Rose*, 110 N. Y. Supp. 935, 936; *Schabel* v. *Onseyga Realty Co., Inc.*, 233 App. Div. 208; *Bornstein* v. *Faden*, 149 id. 37, 39, 40; affd., 208 N. Y. 605; *Totten* v. *Phipps*, 52 id. 354, 357, 358; *Mulac* v. *Greentree Homes, Inc.*, 256 App. Div. 1107; *Friedman* v. *Neufeld*, 246 id. 545; *Boyce* v. *Manhattan R. Co.*, 118 N. Y. 314, 319; *Lanigan* v. *New York Gas-Light Co.*, 71 id. 29, 34; *McFarlane* v. *City of Niagara Falls*, 247 id. 340, 347; *Hudson* v. *Church of Holy Trinity*, 250 id. 513; *Rohrbacher* v. *Gillig*, 203 id. 413, 418; *Zurich G. A. & L. Ins. Co.* v. *Childs Co.*, 253 id. 324, 328; *Steinbrenner* v. *Forney Co.*, 143 App. Div. 73; *Weston* v. *City of Troy*, 139 N. Y. 281, 283; *Hofmann Packing Co., Inc.*, v. *State of New York*, 256 App. Div. 884.) We have not overlooked the following decisions which we think are distinguishable on the facts. (See *O' Neill* v. *Chatham Phenix Nat. Bank & Trust Co.*, 242 App. Div. 511; affd., 267 N. Y. 622; *Decker* v. *Brooklyn Strand Theater Corp.*, 222 App. Div. 752; *Donnelly* v. *Katz*, 133 id. 905; affd., 201 N. Y. 575; *Schindler* v. *Welz and Zerweck*, 145 App. Div. 532. See for distinguishing features *Salomon* v. *Timpson Place Construction Corp.*, 166 Misc. 506.) All concur. (The judgment awards claimant damages for personal injuries sustained by reason of falling downstairs at an evening school because of the negligent lighting of the building.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JADY KELLY, Appellant, v. WILLIAM HUNT, Warden of Attica State Prison, Attica, New York, Respondent. — Order affirmed, without costs.— Memorandum: The prisoner-appellant is legally in the custody of the Warden of the Prison, by virtue of the original sentence. All concur. (The order dismisses a writ of habeas corpus and remands relator into custody.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of CHARLES D. WILCOX, Appellant, for an Order under Article 78 of the Civil Practice Act against HOLLAND J. SMITH and Others, as Supervisors, etc., Respondents.— Same decision as in companion case last above. [See *Matter of Ingamells* v. *Bd. of Elections of Oswego Co.*, ante, pp. 36, 41.] (The final order denies the application of petitioner to compel the board of supervisors to recanvass an election.) Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ. [See post, p. 791.]